Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

OLIVER YETTO et al., Respondents, *v.* LESTER PARKER, Appellant.

*Contract — sale — action to recover sum deposited — defense of breach of contract.*

*Yetto* v. *Parker*, 205 App. Div. 859, affirmed.

(Argued June 8, 1923; decided July 13, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 19, 1923, affirming a judgment in favor of plaintiffs entered upon a verdict. The action was to recover a sum deposited with defendant by plaintiffs under contract with defendant for the sale of automobiles by defendant to plaintiffs. The defense was a denial, non-performance by plaintiffs of their part of said contract, performance and a counterclaim by defendant for damages alleged to have been sustained because of non-performance of the terms of said contract by plaintiffs.

*George L. Rifenburgh* for appellant.

*John T. Norton* and *Michael J. Deignan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

WILLIAM A. STUART, Appellant, *v.* LAURA B. COSTELLO, Respondent.

*Negligence — master and servant — injury from fall of ladder upon which plaintiff was working.*

*Stuart* v. *Costello*, 204 App. Div. 574, affirmed.

(Argued June 11, 1923; decided July 13, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 12, 1923, affirming a judgment in favor of defendant entered upon a dismissal of the complaint